FILED

NOV 2 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  SOUTHERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,        )   Criminal Case No. 07CR3146-JAH
                                     )
9                Plaintiff,          )   I N F O R M A T I O N
                                     )
10       v.                          )   Title 21, U.S.C.,
                                     )   Secs. 952 and 960 - Importation
11  FRED ROGELIO LLAMAS-CEJA,        )   of Marijuana (Felony)
                                     )
12               Defendant.          )
                                     )
13  _____

14       The United States Attorney charges:

15       On or about October 17, 2007, within the Southern District of

16  California, defendant FRED ROGELIO LLAMAS-CEJA, did knowingly and

17  intentionally import 100 kilograms or more, to wit: approximately

18  126.64 kilograms (approximately 278.61 pounds) of marijuana, a

19  Schedule I Controlled Substance, into the United States from a place

20  outside thereof; in violation of Title 21, United States Code,

21  Sections 952 and 960.

22       DATED: November 20, 2007

23                                       KAREN P. HEWITT
                                         United States Attorney
24

25

                                         REBECCA S. KANTER
26                                       Assistant U.S. Attorney

27

28  RSK:psd:San Diego
    10/26/07