Mahir T. Sherif (135021)
Law Office of Mahir T. Sherif
3376 30th Street
San Diego, CA 92104
Tel: (619) 297-4444
Fax: (619) 297-4115
mahirsherif@sbcglobal.net

FILED

07 DEC -4 AM 11: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07-CR-03146-JAH |
| Plaintiff, | |
| vs. | SUBSTITUTION OF ATTORNEY |
| FRED ROGELIO LLAMAS-CEJA | |
| Defendant. | |

I, **FRED ROGELIO LLAMAS-CEJA**, hereby substitute Attorney **MAHIR T. SHERIF**, in

place of Attorney, **JAMI L. FERRARA,** as my Attorney of record in the above-entitled case.

**I CONSENT TO THE SUBSTITUTION.**

Dated: 12/4/2007.

_____

**FRED ROGELIO LLAMAS-CEJA**
DEFENDANT

Dated: 12/4/2007

_____

**MAHIR T. SHERIF, ESQ.**
RETAINED ATTORNEY

Mahir T. Sherif (135021)
Law Office of Mahir T. Sherif
3376 30th Street
San Diego, CA 92104
Tel: (619) 297-4444
Fax: (619) 297-4115
mahirsherif@sbcglobal.net

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br><br>Plaintiff, )<br><br>vs. )<br><br>**FRED ROGELIO LLAMAS-CEJA** )<br><br>Defendant. ) | **Case No.:** 07-CR-03146-JAH<br><br>ORDER |

Upon the motion of Defendant herein, and good cause appearing therefor, it is hereby
ordered that Mahir T. Sherif, Attorney at Law, be substituted in place and instead of
Jami L. Ferrara, Attorney at Law, as attorney for defendant. **IT IS SO ORDERED.**


Dated: 12/4/07                                    _____

                                                 Federal Court Magistrate